# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

LISIMBA HAZELL, et al.,
    Plaintiffs,

v.

BANK OF AMERICA N.A., et al.,
    Defendants.

CIVIL ACTION NO.
1:12-CV-1707-WBH

## ORDER

Plaintiffs' motion, [Doc. 66], is **GRANTED**. The final order dismissing all of Plaintiffs' claims against all Defendants is **REENTERED** as of this date.

To the degree that it is necessary, this Court hereby **REISSUES** its order of January 26, 2015, [Doc. 63], denying Plaintiffs leave to proceed in forma pauperis on appeal.

**IT IS SO ORDERED**, this 21st day of March, 2016.

WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)